STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM PHILLIPS (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	(415) 436-7700
Facsimile:	(415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Nunn

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 14-CR-0636-TEH (LB) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | |
| QUINDELL NUNN, | |
| Defendant. | |

## I.    STIPULATION

Mr. Nunn needs more time to gather medical records for the probation officer. The parties and probation therefore stipulate to continue the sentencing currently set for December 7, 2015 to January 25, 2016.

Respectfully submitted,

Dated: September 22, 2015              */s/ Galia Amram Phillips*
                                        _____
                                        Assistant Federal Public Defender

*UNITED STATES V. NUNN*, 14CR636
STIPULATION AND [PROPOSED] ORDER          1

Dated: September 22, 2015              /s/ Rita Lin
                                       _____
                                       Assistant United States Attorney

**II.     [PROPOSED] ORDER**

The sentencing date currently set for December 7, 2015 is continued to January 25, 2016 at 2:30 pm.

IT IS SO ORDERED.

Dated__09/28/2015_____



Judge Thelton E. Henderson