BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6511
FAX: (415) 436-7234
Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUINDELL NUNN,<br><br>Defendant. | NO. CR 14-636 TEH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUING SENTENCING FROM MARCH 14, 2016 TO MAY 9, 2016 |

The defendant, QUINDELL NUNN, represented by Assistant Federal Public Defender Galia Amram, and the government, represented by Rita Lin, Assistant United States Attorney, (collectively, the "parties") are currently scheduled to appear before the Court on March 14, 2016, at 2:30 p.m. for sentencing. The parties, by and through their counsel, respectfully request a continuance of the defendant's sentencing to May 9, 2016 at 2:30 p.m. Pretrial Services is assessing the defendant, per the Court's request, to evaluate his potential suitability for the Conviction Alternatives Program. The parties understand from Pretrial Services that additional time is required to complete that assessment. Accordingly, upon consultation with the Court's courtroom deputy, the parties respectfully request to continue the sentencing to May 9, 2016 at 2:30 pm. The parties have been in communication with

United States Probation Officer Insa Bel'Ochi, who has confirmed Probation's availability on that date.

SO STIPULATED.

DATED: March 8, 2016

BRIAN J. STRETCH
Acting United States Attorney

/s/ ______________________
Rita F. Lin
Assistant United States Attorney

/s/ ______________________
Galia Amram
Counsel for Defendant Quindell Nunn

SO ORDERED.

DATED: March 09, 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson

HO[illegible]SON
Se[illegible]dge